UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAGNA ELECTRONICS INC.,

       Plaintiff,                           HONORABLE PAUL L. MALONEY

v.                                                Case No. 1:13-cv-1364

TRW AUTOMOTIVE HOLDINGS
CORP., et al,

       Defendants.

_____/

## ORDER LIFTING STAY

Upon agreement of the parties and for the reasons and grounds set forth on the record during the Markman Hearing held on March 17, 2015, in cases 1:12-cv-654 and 1:13-cv-324, the Stay of the claims related to U.S. Patent Nos. 8,116,929 and 8,593,521 is hereby LIFTED.

**IT IS SO ORDERED**.

Dated: March 23, 2015                                /s/ Paul L. Maloney
                                                         Paul L. Maloney
                                                         Chief United States District Court